UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, P.C.
Sentry Office Plz
216 Haddon Ave., Suite 406
Westmont, NJ 08018
(215) 627-1322
dcarlon@kmllawgroup.com
Attorneys for ARCPE 1 LLC

**Order Filed on September 27, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

| In Re: | Case No.: 19-22863-SLM |
| | Adv. No.: |
| Faithlyn Foxton, | Hearing Date: August 28, 2019 |
| Debtor. | Judge: Stacey L. Meisel |

### ORDER STRIPPING SECOND MORTGAGE HELD BY ARCPE 1 LLC

The relief set forth on the following pages, numbered two (2) through three (3) is hereby
**ORDERED**

**DATED: September 27, 2019**

Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor:              Faithlyn Foxton
Case No.:            19-22863-SLM
Caption:             **ORDER STRIPPING  SECOND MORTGAGE HELD BY ARCPE 1 LLC**

This matter having been brought before the Court by Scott Tanne, Esq., attorney for Debtor Faithlyn Foxton, by way of a motion to strip off the second mortgage on 826 Hampden Street, Linden, NJ, and this Court having considered the representations of attorney for the Debtor and Denise Carlon, attorney for second lienholder ARCPE 1 LLC, and for good cause having been shown, it is hereby **ORDERED, ADJUDGED and DECREED:**

- ARCPE 1 LLC's claim shall be allowed as a non-priority general unsecured claim and shall be paid as such in accordance with the Debtor's Chapter 13 Plan.

- The avoidance of ARCPE 1 LLC's second lien is contingent upon the Debtor's completion of the Chapter 13 plan and the Debtor's receipt of a Chapter 13 discharge.

- ARCPE 1 LLC' shall retain its lien for the full amount due under the subject loan in the event of either the dismissal of the Debtor's Chapter 13 case or the conversion of the Debtor's Chapter 13 case to any other Chapter under the United States Bankruptcy Code.

- Each party shall bear their own attorney's fees and costs incurred in the present case number.

- In the event that the property is destroyed or damaged, pursuant to the mortgage, ARCPE 1 LLC entitled to its full rights as a loss payee with respect to the insurance proceeds and has a security interest in such proceeds up to the entire balance due on the mortgage.

- In the event that any entity, including the holder of the first lien on the Subject Property forecloses on its security interest and extinguishes Creditor's lien prior to the Debtor's completion of the Chapter 13 plan, ARCPE 1 LLC's lien shall attach to the surplus proceeds of the foreclosure sale for the full amount of the subject loan balance at the time of the sale.

- ARCPE 1 LLC shall retain its lien for the full amount due under the subject loan should the subject property be sold, or should a refinance take place prior to the Chapter 13 plan completion and entry of a Discharge.

Page 3
Debtor:                  Faithlyn Foxton
Case No.:                19-22863-SLM
Caption:                 **ORDER STRIPPING  SECOND MORTGAGE HELD BY ARCPE 1 LLC**

- Upon successful completion of Debtor's Chapter 13 plan and  receipt of discharge, ARCPE 1 LLC's lien on 826 Hampden Street,  Linden, NJ, listed as  Lot 20.02 Block 470 on the official tax map of the City of  Linden, County of Union, State of  New Jersey, shall be discharged.

- Upon successful completion of Debtor's Chapter 13 plan and  receipt of discharge, ARCPE 1 LLC, its successor and assigns, shall take the necessary steps to release its lien of record and  remove it from the local mortgage and judgment indices.

- Upon successful completion of Debtor's Chapter 13 plan and  receipt of discharge, should  ARCPE 1 LLC fail to release its lien of record as  ordered herein, Debtor shall have the right to file same and  take the necessary and appropriate steps to release the lien and remove it from the local mortgage and  judgment indices.

United States Bankruptcy Court<br>
District of New Jersey

```
In re:                                                                 Case No. 19-22863-SLM
Faithlyn M Foxton                                                      Chapter 13
          Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 1            Date Rcvd: Sep 27, 2019
                              Form ID: pdf903          Total Noticed: 1
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2019.
db            +Faithlyn M Foxton,    826 Hampden Street,    Linden, NJ 07036-6410
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0
```

```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2019                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    ARCPE 1 LLC dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    ARCPE 1 LLC kmcdonald@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Scott E. Tanne    on behalf of Debtor Faithlyn M Foxton ecf@tannelaw.com,
          tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com
          Shauna M Deluca    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, as Trustee for
          Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2006-AM1
          sdeluca@rasflaw.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 6
```