Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF AUGUST 8, 2022

**Chapter 13 Case # 19-22863**

Re:  FAITHLYN M FOXTON                              Atty:  SCOTT E TANNE ESQ
     826 HAMPDEN STREET                                    4 CHATHAM ROAD
     LINDEN, NJ  07036                                     SUMMIT, NJ  07901

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $15,150.00**

## RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/23/2019 | $350.00 | 208306918633 | 08/30/2019 | $350.00 | 208671420639 |
| 09/11/2019 | $425.00 | 208671424808 | 10/10/2019 | $425.00 | 208671426161 |
| 11/06/2019 | $425.00 | 208671447259 | 12/12/2019 | $425.00 | 208719403740 |
| 01/10/2020 | $425.00 | 208719604445 | 02/11/2020 | $425.00 | 208979877708 |
| 03/17/2020 | $425.00 | 208979597728 | 04/14/2020 | $425.00 | 19090133071 |
| 05/19/2020 | $425.00 | 208979566059 | 06/04/2020 | $425.00 | 208031192897 |
| 07/08/2020 | $425.00 | 208671438712 | 09/11/2020 | $425.00 | 208979563067 |
| 09/15/2020 | $425.00 | 208979591205 | 10/14/2020 | $425.00 | 208979594307 |
| 11/17/2020 | $425.00 | 209755746145 | 12/15/2020 | $425.00 | 209755735079 |
| 01/20/2021 | $425.00 | 209755737720 | 02/10/2021 | $425.00 | 209755740359 |
| 03/17/2021 | $425.00 | 209706992033 | 04/12/2021 | $425.00 | 2106276224 |
| 05/11/2021 | $25.00 | 2106274468 | 05/11/2021 | $400.00 | 2106274467 |
| 06/16/2021 | $425.00 | 209755710494 | 07/16/2021 | $425.00 | 50002738 |
| 08/12/2021 | $425.00 | 209755714993 | 09/14/2021 | $425.00 | 2106222011 |
| 10/13/2021 | $425.00 | 209755719976 | 11/15/2021 | $425.00 | 2107082299 |
| 12/13/2021 | $425.00 | 2105248627 | 01/12/2022 | $425.00 | 2107821032 |
| 02/17/2022 | $425.00 | 2107822260 | 03/10/2022 | $425.00 | 2107818011 |
| 04/12/2022 | $425.00 | 2107820703 | 05/10/2022 | $425.00 | 22000669521 |
| 06/10/2022 | $425.00 | 2105240372 | 07/13/2022 | $425.00 | 208979571383 |

**Total Receipts: $15,575.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $15,575.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 910.78 | |
| ATTY | ATTORNEY | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | APEX ASSET MANAGEMENT | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 19-22863**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0005 | DISCOVER BANK | UNSECURED | 4,552.94 | * | 250.22 | |
| 0008 | IRS | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0011 | PHH MORTGAGE SERVICES | MORTGAGE ARRE | 1,801.88 | 100.00% | 1,801.88 | |
| 0012 | SERVICE FINANCE COMPANY | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0013 | SPECIALIZED LOAN SERVICING LLC | UNSECURED | 212,145.76 | * | 11,658.45 | |
| 0014 | STATE OF NEW JERSEY | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0016 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,172.10 | * | 60.24 | |
| 0017 | ALLY BANK LEASE TRUST | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0021 | WYNDHAM VACATION MANAGEMENT IN | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0022 | GOLDMAN SACHS MORTGAGE CO | UNSECURED | 4,734.26 | * | 260.17 | |
| 0023 | STATE OF NJ | UNSECURED | 3,713.64 | * | 204.09 | |

**Total Paid:  $15,145.83**
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| DISCOVER BANK | | | | | | | |
| | 08/17/2020 | $65.54 | 854262 | | 10/19/2020 | $15.81 | 857957 |
| | 11/16/2020 | $7.91 | 859753 | | 12/21/2020 | $7.90 | 861577 |
| | 01/11/2021 | $7.91 | 863354 | | 02/22/2021 | $7.91 | 865049 |
| | 03/15/2021 | $7.93 | 866887 | | 04/19/2021 | $7.87 | 868583 |
| | 05/17/2021 | $7.91 | 870480 | | 06/21/2021 | $8.07 | 872291 |
| | 07/19/2021 | $8.02 | 874083 | | 08/16/2021 | $8.04 | 875766 |
| | 09/20/2021 | $8.04 | 877509 | | 10/18/2021 | $8.04 | 879278 |
| | 11/17/2021 | $8.12 | 880989 | | 12/13/2021 | $8.12 | 882620 |
| | 01/10/2022 | $8.12 | 884272 | | 02/14/2022 | $8.13 | 885970 |
| | 03/14/2022 | $8.12 | 887672 | | 04/18/2022 | $8.25 | 889387 |
| | 05/16/2022 | $8.23 | 891080 | | 06/20/2022 | $8.28 | 892776 |
| | 07/18/2022 | $7.95 | 894488 | | | | |
| GOLDMAN SACHS MORTGAGE CO | | | | | | | |
| | 08/17/2020 | $68.14 | 853974 | | 10/19/2020 | $16.45 | 857652 |
| | 11/16/2020 | $8.22 | 859444 | | 12/21/2020 | $8.22 | 861241 |
| | 01/11/2021 | $8.22 | 863069 | | 02/22/2021 | $8.22 | 864685 |
| | 03/15/2021 | $8.25 | 866581 | | 04/19/2021 | $8.19 | 868202 |
| | 05/17/2021 | $8.22 | 870128 | | 06/21/2021 | $8.40 | 871905 |
| | 07/19/2021 | $8.32 | 873731 | | 08/16/2021 | $8.39 | 875414 |
| | 09/20/2021 | $8.32 | 877131 | | 10/18/2021 | $8.39 | 878915 |
| | 11/17/2021 | $8.41 | 880616 | | 12/13/2021 | $8.48 | 882253 |
| | 01/10/2022 | $8.45 | 883912 | | 02/14/2022 | $8.42 | 885585 |
| | 03/14/2022 | $8.45 | 887306 | | 04/18/2022 | $8.58 | 888975 |
| | 05/16/2022 | $8.58 | 890709 | | 06/20/2022 | $8.58 | 892378 |
| | 07/18/2022 | $8.27 | 894123 | | | | |
| PHH MORTGAGE SERVICES | | | | | | | |
| | 09/16/2019 | $672.00 | 833791 | | 10/21/2019 | $418.62 | 835838 |
| | 11/18/2019 | $402.90 | 837901 | | 12/16/2019 | $308.36 | 839807 |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 08/17/2020 | $16.89 | 8001715 | | 11/16/2020 | $6.10 | 8001892 |
| | 02/22/2021 | $6.10 | 8002065 | | 05/17/2021 | $6.11 | 8002234 |
| | 08/16/2021 | $6.21 | 8002383 | | 11/17/2021 | $6.22 | 8002529 |
| | 02/14/2022 | $6.27 | 8002683 | | 05/16/2022 | $6.34 | 8002843 |

**Chapter 13 Case # 19-22863**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| SPECIALIZED LOAN SERVICING LLC | | | | | | |
| | 08/17/2020 | $3,053.36 | 854770 | 10/19/2020 | $737.04 | 858476 |
| | 11/16/2020 | $368.48 | 859534 | 12/21/2020 | $368.52 | 861346 |
| | 01/11/2021 | $368.51 | 863150 | 02/22/2021 | $368.50 | 864798 |
| | 03/15/2021 | $368.44 | 866673 | 04/19/2021 | $368.60 | 868321 |
| | 05/17/2021 | $368.48 | 870234 | 06/21/2021 | $374.42 | 872021 |
| | 07/19/2021 | $374.54 | 873829 | 08/16/2021 | $374.43 | 875515 |
| | 09/20/2021 | $374.54 | 877238 | 10/18/2021 | $374.44 | 879022 |
| | 11/17/2021 | $378.51 | 880721 | 12/13/2021 | $378.43 | 882351 |
| | 01/10/2022 | $378.48 | 884010 | 02/14/2022 | $378.48 | 885692 |
| | 03/14/2022 | $378.47 | 887404 | 04/18/2022 | $384.43 | 889083 |
| | 05/16/2022 | $384.46 | 890809 | 06/20/2022 | $384.40 | 892474 |
| | 07/18/2022 | $370.49 | 894213 | | | |
| STATE OF NJ | | | | | | |
| | 08/17/2020 | $53.45 | 854953 | 10/19/2020 | $12.90 | 858643 |
| | 11/16/2020 | $6.45 | 860413 | 12/21/2020 | $6.45 | 862297 |
| | 01/11/2021 | $6.45 | 863912 | 02/22/2021 | $6.45 | 865810 |
| | 03/15/2021 | $6.47 | 867459 | 04/19/2021 | $6.42 | 869308 |
| | 05/17/2021 | $6.47 | 871125 | 06/21/2021 | $6.55 | 872970 |
| | 07/19/2021 | $6.55 | 874701 | 08/16/2021 | $6.57 | 876407 |
| | 09/20/2021 | $6.55 | 878174 | 10/18/2021 | $6.55 | 879906 |
| | 11/17/2021 | $6.63 | 881591 | 12/13/2021 | $6.62 | 883229 |
| | 01/10/2022 | $6.63 | 884870 | 02/14/2022 | $6.62 | 886588 |
| | 03/14/2022 | $6.63 | 888268 | 04/18/2022 | $6.73 | 890032 |
| | 05/16/2022 | $6.73 | 891683 | 06/20/2022 | $6.73 | 893421 |
| | 07/18/2022 | $6.49 | 895040 | | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: August 08, 2022.

Receipts: $15,575.00    -    Paid to Claims: $14,235.05    -    Admin Costs Paid: $910.78    =    Funds on Hand: $429.17

Base Plan Amount: $15,150.00    -    Receipts: $15,575.00    =    Total Unpaid Balance: **($425.00)

**NOTE**:  THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.