| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br>**Faithlyn M Foxton** | Case No.         **19-22863**<br>Chapter:          **13**<br>Judge: |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, ____**Faithlyn M Foxton**____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date:    **August 2, 2022**                    /s/ Faithlyn M Foxton
                                                Faithlyn M Foxton
                                                Debtor's Signature

**IMPORTANT:**
- Each debtor in a joint case must file separate Certifications in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.

rev.8/1/18