| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Faithlyn M Foxton<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–4880<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–22863–SLM | |

## Order of Discharge                                                                                       12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

> Faithlyn M Foxton
> aka Faithlyn M Foxton–Ashby, aka Faithlyn Majorie Foxton Ashby

9/12/22                                                **By the court:** Stacey L. Meisel
                                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Faithlyn M Foxton  
    Debtor

Case No. 19-22863-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 3  
Date Rcvd: Sep 12, 2022     Form ID: 3180W     Total Noticed: 33

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Faithlyn M Foxton, 826 Hampden Street, Linden, NJ 07036-6410 |
| 518328254 | + | Dimitri Foxton, 826 Hampden St., Linden, NJ 07036-6410 |
| 518359479 | + | Goldman Sachs Mortgage Co, Service Finance Co LLC, 555 S Federal Hwy #200, Boca Raton, FL 33432-6033 |
| 518413419 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 518328264 | | State of New Jersey, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 518348071 | + | U.S. Bank National Association, as Trustee for Str, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 12 2022 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 12 2022 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Sep 13 2022 00:38:00 | Ally Bank Lease Trust - Assignor to Vehicle Asset, AIS Portfolio Services, LP, 4515 N. Sante Fe Ave., Dept APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: RMSC.COM | Sep 13 2022 00:38:00 | Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |
| 518439654 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 12 2022 20:39:00 | ARCPE 1 LLC, c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518449070 | | EDI: GMACFS.COM | Sep 13 2022 00:38:00 | Ally Bank Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 519237677 | + | EDI: AISACG.COM | Sep 13 2022 00:38:00 | Ally Bank Lease Trust - Assignor to Vehi, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518328251 | + | EDI: GMACFS.COM | Sep 13 2022 00:38:00 | Ally Financial, Attn: Bankruptcy, PO Box 380901, Minneapolis, MN 55438-0901 |
| 518328253 | ^ | MEBN | Sep 12 2022 20:37:11 | Apex Asset Management, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 518328252 | ^ | MEBN | Sep 12 2022 20:37:11 | Apex Asset Management, 2501 Oregon Pike, Suite 201, Lancaster, PA 17601-4890 |
| 518328255 | | EDI: DISCOVER.COM | Sep 13 2022 00:38:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518341194 | | EDI: DISCOVER.COM | Sep 13 2022 00:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 12, 2022 | Form ID: 3180W | Total Noticed: 33 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518328256 | ^ | MEBN | Sep 12 2022 20:36:18 | Equifax, PO BOX 740241, Atlanta, GA 30374-0241 |
| 518328257 | ^ | MEBN | Sep 12 2022 20:37:09 | Experian, PO BOX 9701, Allen, TX 75013-9701 |
| 518328258 | | EDI: IRS.COM | Sep 13 2022 00:38:00 | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 518328260 | + | EDI: LCIPHHMRGT | Sep 13 2022 00:38:00 | Ocwen Loan Servicing, Attn: Research/Bankruptcy, 1661 Worthington Rd Ste 100, West Palm Beach, FL 33409-6493 |
| 518328261 | + | EDI: LCIPHHMRGT | Sep 13 2022 00:38:00 | Ocwen Loan Servicing, 1 Mortgage Way, Mount Laurel, NJ 08054-4637 |
| 518445262 | | EDI: PRA.COM | Sep 13 2022 00:38:00 | Portfolio Recovery Associates, LLC, c/o Lowe's, POB 41067, Norfolk VA 23541 |
| 518328262 | + | Email/Text: servicing@svcfin.com | Sep 12 2022 20:39:00 | Service Finance Company, Attn: Bankruptcy, 555 S Federal Highway, Boca Raton, FL 33432-6033 |
| 518328263 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 12 2022 20:39:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village , CO 80111-4720 |
| 518328813 | + | EDI: RMSC.COM | Sep 13 2022 00:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518328265 | + | EDI: RMSC.COM | Sep 13 2022 00:38:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518328266 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 12 2022 20:39:00 | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52409 |
| 518328267 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 12 2022 20:39:00 | Toyota Financial Services, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 518328268 | ^ | MEBN | Sep 12 2022 20:36:57 | Trans Union, PO BOX 2000, Chester, PA 19016-2000 |
| 518448159 | | EDI: LCIPHHMRGT | Sep 13 2022 00:38:00 | U.S. BANK NATIONAL ASSOCIATION, as Trustee, PHH Mortgage Service, Mailstop SBRP - PO Box 5469, Mt. Laurel, NJ 08054 |
| 518328269 | + | Email/Text: bankruptcydept@wyn.com | Sep 12 2022 20:39:00 | Wyndham Vacation Management Inc, 10650 W. Charleston BLvd, Ste 160, Las Vegas, NV 89135-1169 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518328259 | | Jordan Ashby |
| cr | *+ | U.S. BANK NATIONAL ASSOCIATION, as Trustee for Str, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

Case 19-22863-SLM    Doc 39    Filed 09/14/22    Entered 09/15/22 00:12:33    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 12, 2022 | Form ID: 3180W | Total Noticed: 33 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2022                              Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2006-AM1 ajennings@raslg.com |
| Denise E. Carlon | on behalf of Creditor ARCPE 1 LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor ARCPE 1 LLC kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Scott E. Tanne | on behalf of Debtor Faithlyn M Foxton ecf@tannelaw.com tannesr87179@notify.bestcase.com;tanne.ecf.email@gmail.com |
| Shauna M Deluca | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2006-AM1 sdeluca@hasbanilight.com, hllawpc@gmail.com |
| Sindi Mncina | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2006-AM1 smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9