Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 19−22863−SLM
          Chapter: 13
          Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Faithlyn M Foxton
   aka Faithlyn M Foxton−Ashby, aka
   Faithlyn Majorie Foxton Ashby
   826 Hampden Street
   Linden, NJ 07036

Social Security No.:
   xxx−xx−4880

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>October 13, 2022</u>                <u>Stacey L. Meisel</u>
                                            Judge, United States Bankruptcy Court